NO. 07-03-0419-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 18, 2004

______________________________

IN THE MATTER OF THE MARRIAGE OF 

SHARON MARIE SAYES AND EMMETT CARL SAYES

AND IN THE INTEREST OF C.M.S. AND B.M.S., CHILDREN

_________________________________

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 48,847-B; HONORABLE JOHN B. BOARD, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

On July 27, 2004, appellant, Emmett Sayes, filed a Motion to Dismiss Appeal pursuant to 
Tex. R. App. P.
 42.1(a).  The motion includes a certificate of conference indicating that appellee is not opposed to the motion.   No response to the motion has been received.  

Accordingly, without passing on the merits of the case, appellant’s Motion to Dismiss is granted and the appeal is hereby dismissed.  Rule 42.1(a).  

All costs are assessed to appellant.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 

Phil Johnson

Chief Justice